# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

June 22, 2021

<u>VIA CM/ECF</u>　　　　　　　　　　　　　MEMORANDUM ENDORSEMENT
Honorable Judge Kevin Nathaniel Fox
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 228
New York, NY 10007

　　　　Re:　**Norris v. Andys 418 Columbus Avenue Deli, Inc., d/b/a Andy's Deli, et al.**
　　　　　　**Case 1:21-cv-01976-PAE-KNF**

Dear Judge Fox:

　　The undersigned represents the plaintiff in the above-captioned case matter. The Initial Pre-Trial Conference in this matter is currently scheduled for June 24, 2021 at 2:00 p.m. in your Honor's Courtroom. Defendant 101 West 80th Owners Corp. has appeared, yet, there has been no appearance for Defendant Andys 418 Columbus Avenue Deli, Inc., though said defendant was properly served [D.E. 10].

　　Currently, counsel for plaintiff and counsel for the appearing defendant are awaiting Andys 418 Columbus Avenue Deli, Inc.'s appearance in order to assume productive discussions untoward resolution of this matter.

　　As such, in order to afford additional time for the Defendant to formally appear and engage in productive settlement discussions, the undersigned hereby respectfully requests an adjournment of the Conference for 30 days, to a date most convenient to this Honorable Court.

　　Thank you for your attention to this first adjournment request.

6/23/21

The conference scheduled previously for June 24, 2021, shall be rescheduled. A separate order will the new conference date will be provided to the parties.
SO ORDERED:

*Kevin Nathaniel Fox*

Kevin Nathaniel Fox, U.S.M.J.

Sincerely,

By: /S/ B. Bradley Weitz　　　　　.
　　B. Bradley Weitz, Esq. (BW 9365)
　　THE WEITZ LAW FIRM, P.A.
　　Attorney for Plaintiff
　　Bank of America Building
　　18305 Biscayne Blvd., Suite 214
　　Aventura, Florida 33160
　　Telephone: (305) 949-7777
　　Facsimile: (305) 704-3877
　　Email: bbw@weitzfirm.com