UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAMEL NORRIS,                                                    :

                Plaintiff,                   :

       -against -                                            :                    ORDER

ANDY'S 418 COLUMBUS AVENUE DELI, INC.,       :                    21-CV-1976 (PAE)(KNF)
a New York corporation, d/b/a ANDY's DELI, and
101 WEST 80TH OWNERS CORP., a New York       :
corporation,
                                                  :

              Defendants.
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


      A conference was held with counsel to the respective parties on July 29, 2021.  As a result of

the discussion had during the conference, IT IS HEREBY ORDERED that:

1.     all discovery, of whatever nature, be initiated so as to be completed on or before

       March 9, 2022;

2.     the last date on which to amend pleadings will be September 2, 2021;

3.     the last date on which to join additional parties will be September 2, 2021;

4.     any dispositive motion shall be made in accordance with the Individual Rules of

       Practice of the assigned district judge; and

5.     if no dispositive motion is made, the parties shall submit their joint pretrial order to

       the court on or before April 8, 2022.

Dated: New York, New York           SO ORDERED:
       July 29, 2021

                                    *Kevin Nathaniel Fox*
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE